UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:08-CR-90(2) RM |
| | ) | |
| MARIANO GONZALES | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 18, 2008 [Doc. No. 42]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Mariano Gonzales's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  January 6, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court